IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IFTIKHAR AHMED MEMON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

14-cv-581-jdp

WESTERN TECHNICAL COLLEGE,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Western Technical College granting its motion for summary judgment and dismissing this case.

| /s/ | 3/25/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |